JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JULIANNA GARCIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MASTERS ORGANICS, INC., and DOES 1 to 50, inclusive,<br><br>Defendant(s). | Case No. 2:22-cv-07601-SPG-JC<br><br>Hon. Judge Sherilyn Peace Garnett<br><br>[PROPOSED] ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>Action Filed:  09/15/2022<br>Trial Date:    None Set |

[PROPOSED] ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to the parties' "Joint Stipulation for Dismissal with Prejudice," and good cause appearing therefore, **IT IS HEREBY ORDERED** that the above-captioned action is hereby dismissed in its entirety with prejudice. Each party shall bear his or its own costs and attorney's fees.

**IT IS SO ORDERED**

Dated: November 1, 2022

Honorable Sherilyn Peace Garnett
United States District Court Judge